Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MELANIE PAIGE CARLSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE PAIGE CARLSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:23-CV-00451-BAM<br><br>**STIPULATION FOR BRIEFING EXTENSION (SOCIAL SECURITY DISABILITY APPEAL); [PROPOSED] ORDER** |

　　　　Plaintiff, Melanie Paige Carlson, filed the above-referenced Social Security disability appeal on March 24, 2023. (ECF Doc. 1) Defendant Commissioner of Social Security responded to Plaintiff's Complaint on May 30, 2023. (ECF Doc. 11) Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is currently due to be filed on June 29, 2023. (ECF Doc. 5, p. 2:15-16)

Plaintiff requests a first-time thirty (30) day extension of time for the filing of the summary judgment motion due to multiple conflicting filing deadlines impacting Plaintiff's ability to be an effective advocate. The government has no objection to Plaintiff's request.

Respectfully submitted,

Dated: June 26, 2023                                          NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      MELANIE PAIGE CARLSON

Dated: June 26, 2023                                          PHILLIP A. TALBERT
                                                              United States Attorney
                                                              PETE THOMPSON
                                                              Acting Regional Chief Counsel, Region IX
                                                              Social Security Administration

By:   Justin L. Martin*
      JUSTIN L. MARTIN
      (*Authorized by email dated 06/26/2023*)
      Special Assistant U.S. Attorney
      Attorneys for Defendant

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of thirty (30) days to file her motion for summary judgment. The motion shall now be filed on or before **July 30, 2023** and all corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 27, 2023**                      /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE