Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MELANIE PAIGE CARLSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE PAIGE CARLSON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>  Defendant. | No.  1:23-CV-00451 (BAM)<br><br>**STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER** |

On March 24, 2023, Plaintiff Melanie Paige Carlson filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on May 30, 2023. (ECF Doc. 11) Pursuant to the Court's Scheduling Order, the parties stipulated to a first-time 30-day extension of time for Plaintiff to file her motion for

STIPULATION FOR BRIEFING EXTENSION

summary judgment. (ECF Doc.12) Plaintiff's motion for summary judgment is currently due to be filed on or before July 30, 2023. (ECF Doc. 11 and 12)

    Plaintiff now requests a second extension of sixty (60) days to file her motion. (ECF Doc. 5 at p.3:17-18) Plaintiff's counsel seeks the briefing extension due to unexpected travel and assistance to an elderly parent. A sixty (60) day extension is sought due to the uncertainty of the circumstances prompting the request and to minimize conflicts with existing filing deadlines before this Court. Plaintiff's counsel apologizes to the Court for any inconvenience caused by the extension request. The defendant has no objection to the requested extension.

                                  Respectfully submitted,

Dated: July 26, 2023                      NEWEL LAW
                                 By:   *Melissa Newel*
                                     Melissa Newel
                                     Attorney for Plaintiff
                                     MELANIE PAIGE CARLSON

Dated: July 26, 2023                      PHILLIP A. TALBERT
                                     United States Attorney
                                     MATTHEW W. PILE
                                     Associate General Counsel
                                     Office of Program Litigation, Office 7

                                 By:   *Justin L. Martin*
                                     JUSTIN L. MARTIN
                                     Special Assistant United States Attorney
                                     Attorney for Defendant

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of sixty (60) days to file her motion for summary judgment. The motion for summary judgment shall be filed on or before September 28, 2023. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 27, 2023**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE