UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE PAIGE CARLSON,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:23-cv-00451-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. 18) |

Pursuant to the parties' stipulation, and good cause appearing, Defendant Commissioner of Social Security shall have an extension to November 26, 2023, to file a cross-motion for summary judgment.

IT IS SO ORDERED.

Dated:   **September 22, 2023**            /s/ Barbara A. McAuliffe            _
                                          UNITED STATES MAGISTRATE JUDGE

1